UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jacobs & Son, Inc.<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 14-24965<br><br>Chapter: 11<br>Honorable Jack B. Schmetterer |

### Order Granting Debtor's Motion for Final Decree

This cause coming on to be heard upon the motion of the Debtor for a final decree, it is hereby ordered that the motion is granted and this case is closed.

Enter:

Dated: 11/3/15

United States Bankruptcy Judge

NOV 03 2015

**Prepared by:**
Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd.; Suite 4 East
Chicago, Illinois 60607
312.243.0006
ARDC NO. 1958844

Rev: 20120209_bko